IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHRISTOPHER BULLARD; TONY
GINOR SAMPSON,
        Plaintiffs,
  v.
REUBEN F. YOUNG,
        Defendant.

**Judgment in a Civil Case**

Case Number: 5:12-CT-3093-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on August 22, 2012, with service on:
Chrisopher Bullard 0787186 and Tony Ginor Sampson 0356679, Sampson Correctional Center P.O. Box 1109, Clinton, NC 28328 (via U.S. Mail)

August 22, 2012                                /s/ Julie A. Richards
                                                                                Clerk